FILED
U.S. District Court
District of Kansas

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

APR   2 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

Deoxyribonucleic acid (DNA) from the person of JOHNNY E. GRIFFITH, through the use of oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing.

}
}
}
}
}
}

Case No. 26-6088-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Deoxyribonucleic acid (DNA) from the person of JOHNNY E. GRIFFITH, through the use of oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing.

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Possession of a firearm, by a prohibited person |

The application is based on these facts:          See Attached Affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of_____days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA AARON CHAFFEE, Bureau of ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   **04/02/2026** @ 11:31 am

_____
*Judge's signature*

HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
*Printed name and title*

City and state: Wichita, Kansas

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, Aaron Chaffee, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the ATF and have been since January 2015. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I am currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, I attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to being employed by ATF, I was employed by the Wichita Police Department ("WPD"). I was employed as a Special Community Action Team officer ("SCAT") and a Gang Intelligence Officer, that specialized in violent crime, gang crime, and drug related investigations. As a Special Agent with ATF and/or WPD, I have received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation and drug trafficking investigations. As a Special Agent with ATF and/or WPD, I have conducted and/or participated in investigations involving, arsons, explosives, firearms, controlled substances, and violent crimes. I have utilized confidential informants to obtain information and evidence, conducted thousands of interviews of suspects and witnesses, written and executed state/federal search warrants, and written and executed state/federal arrest warrants. I have received additional training by ATF, for Fire Investigations and Advanced Investigative Techniques, into investigating RICO/VICAR and other complex investigations.

2.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## DESCRIPTION OF PROPERTY TO BE SEIZED

3.      This affidavit is submitted in support of an application to obtain a search warrant authorizing the collection of deoxyribonucleic acid (DNA) samples from Johnny GRIFFITH (DOB: 01/04/1992), by collecting oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 922(g)(1) Possession of Firearm and/or Ammunition by a convicted Felon, have been and are being committed by Johnny GRIFFITH.

## PROBABLE CAUSE

5.      I make this affidavit from personal knowledge based on my participation in this investigation, including observations by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, reviewing court documents and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware of relating to this investigation.

2

6.      On October 26, 2025, I learned through Wichita Fire Department (WFD) Fire Investigator (FI) Branden Arnold that a fire occurred at approximately 3:16 AM at 3244 South Victoria #100, Wichita, Kansas. WFD FI Arnold said the suspect possessed and threw suspected Molotov cocktails[1] at a bedroom window of an occupied duplex. WFD FI Arnold advised the fire damage to the structure was minimal and the suspected Molotov cocktails were still intact and not broken. The two (2) bottles used for the Molotov cocktails were 12-ounce Budweiser bottles. Inside, one of the bottles had a cloth material wick with fire damage, while the second Molotov cocktail appeared to have lost its wick. Inside of the bottles there was a gel/wax type substance and smell of gasoline. I know from my training and experience that all these components are commonly used for Molotov cocktails.

7.      I learned from WFD FI Arnold that surveillance video of the incident was captured by surveillance cameras. I reviewed the video and learned that, at approximately 3:16 AM, an individual (suspect) came into view of the camera, walking west to east, carrying a lit suspected Molotov cocktail in their right hand. This person was wearing Nike shoes, a ski mask, and a hooded sweatshirt with names on the back. The suspect threw the first flaming Molotov cocktail at the residence (specifically towards a bedroom window) and then it landed on the ground. The suspect then took the second flaming Molotov cocktail from their left hand and

---

[1] National Fire Protection Administration (NFPA) 921, Section 23.2.6 describes an Incendiary Device as, "a term used to describe a wide range of mechanisms used to initiate an incendiary fire." Moreover, NFPA 921, Section 23.2.7.1 (4) provides examples of Incendiary Devices and potential evidence from these devices as, "Fire bombs, or Molotov cocktails, which leave evidence in the form of the ignitable liquid, chemicals, or compound used within them, the broken, or intact containers, and wicks."

3

threw that one against the residence. It hit the structure then fell to the ground. Neither of the bottles entered the bedroom window. The suspect then grabbed the flaming Molotov cocktail from the ground and tried to throw it through the window two (2) more times. The last throw appeared to create a fire on the exterior of the residence.

8.    After reviewing the video, I believe the suspect had similar build and stature as Johnny GRIFFITH. Additionally, I know Johnny GRIFFITH from one of my previous investigations and knew he had previously worn a similar hoody during his arrest in April 2021. During my investigation in 2021, I assisted WPD and WFD in a series of cases that involved Molotov cocktails being thrown at residences in Wichita, KS, and involved several shootings. During this investigation, I identified Johnny GRIFFITH as one (1) of the suspects throwing Molotov cocktails at an occupied residence on March 27, 2021, and he was eventually arrested for possessing a firearm while a prohibited person. Johnny GRIFFITH eventually pled guilty in United States District Court, District of Kansas (22CR-10056-JWB) for being a Felon in Possession of a Firearm. The firearm seized from Johnny GRIFFITH in 2021 had a preliminary connection through National Integrated Ballistic Information Network (NIBIN) to at least one (1) prior shooting where Molotov cocktails were thrown. Johnny GRIFFITH was not charged in any shooting. As a part of the plea in the case, the United States agreed not to charge conduct related to the arson.

4

9.    I contacted WPD Officer Jared Henry and learned he conducted research into Johnny GRIFFITH and found he has a 2015 white Jeep Renegade registered in his name, with Kansas tag #8785ALD. Officer Henry researched FLOCK (license plate detection system) and found that this vehicle was detected on a FLOCK camera in the area of westbound 53rd N. and Highway K96 at approximately 3:40 AM on October 26, 2025, (per surveillance, the firebombing occurred at approximately 3:16 AM). Officer Henry researched FLOCK hits for this vehicle and observed several hits near Maize, Kansas, indicating Johnny GRIFFITH's Jeep frequents this area. Additionally, Officer Henry learned Serenity Napier (a girlfriend of Johnny GRIFFITH and someone who previously lived close to 3244 S. Victoria) has utilities in her name at 5050 N. Maize, apartment #614.

10.    I then learned Officer Henry observed Johnny GRIFFITH's Jeep Renegade on November 4, 2025, parked across the courtyard, backed in, in proximity of apartment #614, at the apartment complex located at 5050 N. Maize.

11.    I learned WPD Officer Aric St. Vrain reviewed video surveillance at 3330 S. Hydraulic Suite 1 (east of the 3244 S. Victoria apartment). Officers Henry and St. Vrain learned that the current time was an hour and 15 minutes fast due to daylight savings time, however the time on October 26, 2025, was only 15 minutes fast. Taking the time difference(s) into consideration, the footage showed a white Jeep Renegade, matching Johnny GRIFFITH's, driving north on Hydraulic at approximately 3:09 AM and then turning west on Berkeley, which is seven (7) minutes prior to the firebombing. They could not find surveillance video of the Jeep

5

Renegade leaving this area. However, I know Johnny GRIFFITH's white Jeep Renegade is captured on the westbound 53rd FLOCK camera at 3:40 AM (24 minutes after surveillance captured the firebombing).

12.    On November 19, 2025, investigators executed federal search warrants on the Premises at 5050 N. Maize, #614 and on Johnny GRIFFITH's Jeep Renegade. It was apparent that Serenity Napier and her child were living in the small two (2) bedroom (1 children's room and 1 master bedroom) apartment. In the apartment were several documents, a court document, certificates with Johnny GRIFFITH's name, as well as some male clothing. Additionally, in the master bedroom, in the laundry basket, close to the top, there was a black Nike ski mask. This ski mask was similar to what was worn by the suspect in the October 26, 2025 arson. Investigators also located a loaded firearm under the master bedroom mattress. Moreover, cocaine and marijuana products were located. Approximately 11 grams of a cocaine was located in a handbag, hanging on the hallway door, across from the child's bedroom. A bag of marijuana roaches was located on the master bedroom floor, behind the dresser. I asked Serenity Napier about the mask and the firearm, and she said both of them were hers. Additionally, Serenity denied any knowledge of the controlled substances located in the apartment. In and around this time, I learned from United States' Probation officer (USPO) Snook that Johnny GRIFFIN had a positive test for controlled substances.

6

13.    During the search of the Jeep Renegade, Johnny GRIFFITH was contacted. I learned that, during the contact with Johnny GRIFFITH, he stated that he and Serenity Napier previously lived at 3212 S. Victoria but moved out sometime in October. Johnny GRIFFITH initially stated that he had not been in that area since, but later changed his story, saying he goes to the apartment on occasion to move stuff. Johnny GRIFFITH added that the Jeep Renegade is his vehicle. Johnny GRIFFITH said that he never borrows a vehicle from anyone, and nobody ever borrows his Jeep Renegade. Additionally, Johnny GRIFFITH said that his phone number is 316-372-9116, and that he has had the phone number for about a year.

14.    I conducted a test fire of the firearm seized from the Maize apartment and submitted it into NIBIN for comparison. I learned NIBIN developed a preliminary comparison to an Aggravated Assault shooting that occurred on August 5, 2025, at 1157 S. Webb, Wichita, KS, as documented in WPD case #25c141737. I reviewed documents and surveillance videos from this incident. I learned that at approximately 12:40 PM, the suspect, an unknown male, wearing all black, including a black ski mask, walked up to and crouched next to a vehicle in an apartment parking lot. The suspect appeared to be hiding from the intended victim. Once the victim exited their vehicle, the suspect emerged from the hidden position, walked towards the victim, shooting a firearm. After shooting, the suspect ran out of video frame. Shortly after the suspect ran out of frame, a white Jeep Renegade, similar to Johnny GRIFFITH's, is observed quickly leaving the area. Shell casings recovered from the area where the suspect was observed shooting have a preliminary match to the firearm recovered from the Maize apartment. I learned

the victim was not struck during the shooting, but the apartment building was hit. No one has been arrested for this incident. Notably, the suspect did not appear to be Serenity Napier. Based on my observation, the suspect's body type is similar to that of Johnny GRIFFITH.

15. DNA swabs collected from this firearm were provided to Regional Forensic Science Center (RFSC) on December 18, 2025. On March 17, 2026, I learned from the RFSC that the results of this testing revealed the following:

A. On the "magazine", there is a mixture of at least three individuals, at least one of which is a male.

B. On the "grips", there is a mixture of at least four individuals. The major contributor to this profile is consistent with the profile of an unknown male individual.

C. On the "trigger, slide, buttons", there is a mixture of at least three individuals. The major contributor to this profile is consistent with the profile of an unknown male individual.

16. Additionally, on January 5, 2026, I learned WPD conducted a traffic stop on Johnny GRIFFITH's Jeep Renegade, as documented in WPD case #26c2693, in Wichita, KS. During the traffic stop WPD contacted Johnny GRIFFITH, who was the driver, and Serenity Napier, who was the passenger. WPD conducted a protective sweep of this vehicle. During the car stop I learned from WPD that Serenity Napier was hesitant to get out of the vehicle and then reached between her legs. WPD Officer Jared Henry then ordered her not to reach between her

8

legs and to get out of the vehicle so they could safely sweep the area that Johnny GRIFFITH had access to for weapons. Officer Henry ordered her away from the door and he then observed a firearm on top of her seat, as she was sitting on the firearm. This firearm was not in a holster and was right where she was reaching between her legs. Her body positioning and her movements indicated to Officer Henry that she was attempting to hide or conceal this firearm from his view.

17.    Moreover, Officer Henry stated, based on his 18 years of experience in law enforcement and working violent crimes, it is uncommon for females to carry firearms loosely on their person, especially in the presence of a purse. It is common for individuals to have loose firearms after being handed the firearm or recently using the firearm. When Serenity Napier was asked about the firearm she was sitting on, she told Officer Henry that the firearm belonged to her (similarly to her story about the firearm located in the 5050 N. Maize apartment). Officer Henry then asked her what kind of firearm it was and she did not know. Officer Henry found this odd as most gun owners know the make and model of their firearm that they are carrying. Officer Henry asked her what caliber it was and she said she "thought" it was a "9" (firearm was a 9mm). Officer Henry then asked her how many bullets it carries and she did not know. Officer Henry stated she did not seem to be confident in the answers and she became more apprehensive about answering questions. Serenity Napier told Officer Henry that she obtained the firearm from a friend but refused to give him the name of the friend. This interaction with

9

Serenity Napier, among other things, leads investigators to believe the firearm was not hers, but Johnny GRIFFITH's.

18.    I received a search warrant to download and review Johnny GRIFFITH's cellular telephone from his contact with WPD on January 5, 2026. During a preliminary review of the cellular telephone's content, I observed a conversation between Johnny GRIFFITH and Serenity Napier. Specifically, on August 8, 2025, Serenity Napier sent a photograph to Johnny GRIFFITH of GRIFFITH standing on a sidewalk at the Victoria address. Looking at the photograph, I observed what appears to be a black handgun in Johnny GRIFFITH's right shorts pocket. Additionally, I observed a conversation from August 19, 2025, where Johnny GRIFFITH is directing Serenity Napier to purchase some 9mm ammunition for him. Serenity Napier sent several photographs to Johnny GRIFFITH, that appear from the pictures to be taken while she is at Academy Sports. One of the photographs provided to Johnny GRIFFITH from Serenity Napier is a box of "Winchester, Defense Jacketed Hollow Point, 9mm Luger" ammunition. In response to this photograph being sent, Johnny GRIFFITH "Liked an Image". This indicates to me his approval that she should purchase that specific box of ammunition as he directed.

19.    I conducted a review of the various ammunition seized from inside the firearm at 5050 Maize. A preliminary review of the head stamps of the ammunition showed some of the cartridges had markings similar to "Winchester, Defense Jacketed Hollow Point, 9mm Luger ammo" that Serenity Napier was shopping for, at the direction of Johnny GRIFFITH.

Moreover, in addition to the Winchester ammunition, there were cartridges that had "GFL 9mm . LUGER" head stamps. I have learned from reviewing the shell casings collected from the August 5, 2025 Aggravated Assault shooting, that these shell casings also had the "GFL 9mm . LUGER" head stamps.

20.     I know, based on Johnny GRIFFITH's 2022 federal conviction mentioned above, that he is prohibited from possessing firearms and/or ammunition.

21.     Based on the foregoing, I believe DNA collected from Johnny GRIFFITH could assist in showing that he possessed a firearm and/or ammunition while being prohibited from possessing firearms and/or ammunitions, in violation of Title 18 United States Code, Section 922(g)(1).

## CONCLUSION

22.     I submit that this affidavit supports probable cause for a search warrant authorizing the collection of DNA of Johnny GRIFFITH.

Respectfully submitted,

_____
AARON CHAFFEE
ATF Special Agent

11

Attested to by the Applicant, in accordance with the requirements of Fed. R. Crim. P. 41(d)(3), this 2nd day of April, 2026.

_____
HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS

12

## <u>ATTACHMENT A</u>

(Place/Person to be Searched)

The Person Johnny E. GRIFFITH, a male, approximately 5'7 in height, with brown eyes, and a date of birth of, 01/04/1992, depicted as follows, who is currently located at the Butler County Jail Facility.



13

## ATTACHMENT B

Evidence of violations of criminal possession of a firearm, Title 18, United States Code, 922(g)(1), specifically: Deoxyribonucleic acid (DNA) from the person of Johnny E. GRIFFITH (DOB: 01/04/1992) through the use of oral buccal samples according to the standard practices and procedures employed by Regional Forensic Science Center for testing.

14