AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

In the Matter of the Search of    )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 26-6088-GEB
Deoxyribonucleic acid (DNA) from the person of JOHNNY E. )
GRIFFITH, through the use of oral buccal samples according to the )
standard practices and procedures employed by the Regional )
Forensic Science Center for DNA testing.  )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Kansas _____
*(identify the person or describe the property to be searched and give its location)*:

Deoxyribonucleic acid (DNA) from the person of JOHNNY E. GRIFFITH, through the use of oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _/6 Apr 2026_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Gwynne E. Birzer _____ .
                   *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
 ☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: **04/02/2026** @ 11:31 am

                         _____
                         *Judge's signature*

City and state: Wichita, Kansas       HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 26-6088-GEB | Date and time warrant executed: <br> 4/7/26 | Copy of warrant and inventory left with: <br> Johnny Griffith |
| Inventory made in the presence of : <br> SA Chaffee / SA Marshal Canfield | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Two (2) DNA swabs | | |

Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/7/26

_____
Executing officer's signature

Haren Chaffee        SA/ATF
Printed name and title

## ATTACHMENT A

(Place/Person to be Searched)

The Person Johnny E. GRIFFITH, a male, approximately 5'7 in height, with brown eyes, and a date of birth of, 01/04/1992, depicted as follows, who is currently located at the Butler County Jail Facility.



13

## ATTACHMENT B

Evidence of violations of criminal possession of a firearm, Title 18, United States Code, 922(g)(1), specifically: Deoxyribonucleic acid (DNA) from the person of Johnny E. GRIFFITH (DOB: 01/04/1992) through the use of oral buccal samples according to the standard practices and procedures employed by Regional Forensic Science Center for testing.

14